United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LUIS LOZADA VELA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00955** |
| | § | |
| **D.COLE,** | § | |
| | § | |
| **Respondent.** | § | |

**FINAL JUDGMENT**

For the reasons set forth in its Order, the Court granted Respondents' Motion for Summary Judgment, (Dkt. 12), and denied Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), without prejudice to refiling. Accordingly, the Court now enters final judgment. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this July 14, 2026.

Diana Saldaña
United States District Judge